RICHARD B. ALDCROFTT, JR., as Trustee of LILLIE M. TERRY, Respondent, *v.* GALATEA M. MENKEN, as Executrix of GEORGE S. TERRY, Deceased, Appellant.
FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Intervening.

*Aldcroftt* v. *Terry*, 140 App. Div. 910, affirmed.
(Argued February 22, 1912; decided March 8, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered

November 2, 1910, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover an amount alleged to be due to plaintiff as trustee under an agreement of separation between George S. Terry, now deceased, and his wife, Lillie M. Terry.

*Barclay E. V. McCarty, George W. Seligman* and *Eugene Seligman* for Fidelity and Deposit Company of Maryland, surety on appeal.

*Alfred J. Talley* and *Richard B. Aldcroftt, Jr.*, for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.